UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:15-CR-00079-CCB-MGG |
| DEXTER MOORE, | ) |
| | ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION**

Defendant appeared in person and with CJA Counsel David K. Payne, and the U.S. Government appeared by AUSA Jerome McKeever for hearing on Petition for Summons for Offender Under Supervision [DE 55]. The Defendant waived personal appearance of counsel and agreed to video-teleconference hearing. Hearing had on the U.S. Probation's request to modify the conditions of supervision.

As the modification of terms and conditions requires the action of the presiding judge, the Court reviewed the U.S. Probation Officer's request with the Defendant in open court. The Defendant and his Attorney agreed with Probation's request, and the Government joined in the request.

Accordingly, the undersigned RECOMMENDS that the Court amend the terms and conditions of Defendant's supervised release to add the following condition:

> You must serve a six-month term of home detention to begin within ten (10) days of the Court entering this order, with electronic monitoring (or an equally effective alternative form of surveillance to ensure compliance with this condition), at your own expense through participation in a co-payment program administered by the probation officer. During this time, you must remain at your place of residence except for times specifically authorized in advance by the probation officer. Failure to pay these fees will not be grounds for imprisonment unless the failure is willful.

For the reasons stated herein, I RECOMMEND that the Court amend the terms and conditions of Defendant's Supervised Release as suggested by the U.S. Probation Officer in her Petition [DE 55].[1]

Dated: July 29, 2024.

s/Michael G. Gotsch, Sr.<br>
Michael G. Gotsch, Sr.<br>
United States Magistrate Judge

---

[1] Any objections to this Report and Recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Such objections must conform to the requirements of Rule 59(b)(2) of the Federal Rules of Criminal Procedure. Failure to file objections within the time specified waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Hall,* 462 F.3d 684, 689 (7th Cir. 2006) ("When a right is waived, it is not reviewable, even for plain error"). Only specific objections are reserved for appellate review. *Lockert v. Faulkner,* 843 F.2d 1015, 1018 (7th Cir. 1988); *United States v. Harris*, 470 F. App'x 504, 506 (7th Cir. 2012).